**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6688**

_____

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

    v.

MICHAEL GLOVER, a/k/a Glove, a/k/a G, a/k/a HG, a/k/a Jihad Solohadeen Pollard,

           Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:14-cr-00240-JFA-2)

_____

Submitted:  February 28, 2023                   Decided:  March 9, 2023

_____

Before WILKINSON and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Glover, Appellant Pro Se. Stacey Denise Haynes, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Glover appeals the denial of his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Glover,* No. 3:14-cr-00240-JFA-2 (D.S.C. May 27, 2022). In addition, to the extent Glover seeks correction of his sentence, his request is barred by *United States v. Ferguson*, 55 F.4th 262, 270 (4th Cir. 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*